AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
| v. | ) Case No. 1:15-cr-00264-DAD-BAM |
| JUAN PENALOZA-RAMIREZ, aka Juan Penaloza-Herrera, | ) |
| *Defendant* | ) |

**FILED**
APR 03 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/3/17

*Defendant's signature*

*Signature of defendant's attorney*

Matthew J. Lombard
*Printed name of defendant's attorney*

*Judge's signature*

Dale A. Drozd, United States District Judge
*Judge's printed name and title*