# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN PENALOZA-HERRERA,<br><br>Defendant. | Case No. 1:15-cr-00264-DAD-BAM-1<br><br>STIPULATION AND ORDER REGARDING RESTITUTION |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, Matthew J. Lombard, hereby stipulate as follows:

1. Pursuant to the terms of the plea agreement, the parties agree that the following language pertaining to restitution shall be utilized in the judgment of conviction:

    IT IS FURTHER ORDERED that the defendant shall pay restitution to the U.S. Forest Service in the amount of $10,198.60, payment to begin immediately. Restitution is to be sent to the Clerk of the Court, who shall forward it to the U.S. Forest Service, Albuquerque Service Center, Claims Management, 101B Sun Avenue NE, Albuquerque, New Mexico 87109, as set forth in the following table:

///

///

///

1

| RESTITUTION AMOUNT | MEMO LINE INFORMATION |
|---|---|
| $1,719.38 | Joint and several restitution with co-defendant Russell Lee Riggs (1:15-cr-00264-DAD-BAM-2) |
| $4,286.81 | Joint and several restitution with defendants Juan Carlos Martinez-Tinoco (1:15-cr-00304-DAD-BAM-2) and Luis Enrique Flores (1:15-cr-00304-DAD-BAM-3) |
| $4,192.41 | Joint and several restitution with defendants Macedonio Madrigal-Herrera (1:15-cr-00216-LJO-SKO-1 ) and Ezequiel Armas-Ortiz (1:15-cr-00216-LJO-SKO-2) |
| **TOTAL** $10,198.60 | |

IT IS FURTHER ORDERED that payment of restitution (without interest) is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

IT IS SO STIPULATED.

DATED: June 19, 2017.  Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: June 19, 2017.

/s/ Matthew J. Lombard
MATTHEW J. LOMBARD
Counsel for Juan Penaloza-Herrera

**O R D E R**

IT IS SO ORDERED.

Dated: **June 20, 2017**  _____
UNITED STATES DISTRICT JUDGE